## COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date___01/16/08_____ Case No.__4:07CR00387 ERW_____

UNITED STATES OF AMERICA vs.____Dack Patrick Daugherty_____

Judge E. Richard Webber_ Deputy Clerk_R. Douglas_ Court Reporter_G. Madden_____

Interpreter_____Probation Officer____Vashell Anderson_____

Assistant U.S. Attorney_____Thomas Albus_____

Defendant Attorney(s)_____Adam Fein_____

✗ Defendant/Parties present for imposition of sentence
✗ Presentence Report adopted by Court as findings of fact   □ PSR filed under seal
✗ Sentence imposed (see judgment)
□ Count _____dismissed on motion of AUSA
□ Government's Motion is  □ granted  □ denied
□ Objections to Presentence report heard and □ granted as follows: □ denied as follows:

_____
_____
_____

□ The Court makes the following recommendations to the Bureau of Prisons:

_____
_____
_____

✗ Defendant remanded to custody of the USMS
□ Defendant granted a voluntary surrender to the institution/USMS for incarceration as
   notified by USMS   □ Surrender date_____
□ Defendant is released on Probation pending processing by USMS

□ Exhibits returned to and retained by counsel

Defendant attorney present at___1:50_____p.m.
Proceedings commenced_2:05_____p.m. Concluded_2:30_____p.m.